

**FILED**
Mar 07 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/trinal  DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 18CR1183-LAB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | |
| LYNN MORRIS, | Title 18, U.S.C., Sec. 641 – Embezzlement or Theft of Public Money, |
| Defendant. | Property, or Records of More Than $1,000 |

The United States of America, by and through the United States Department of Justice, Criminal Division, Public Integrity Section, charges:

Between on or about July 2014 and November 2016, within the Southern District of California, the defendant, LYNN MORRIS, willfully and knowingly did embezzle and convert to her own use approximately $159,821.90, property of the United States, which had come into the possession and under the care of LYNN MORRIS by virtue of her employment as a Paralegal Specialist for the Federal Bureau of Investigation, an agency of the United States, in violation of Title 18, United States Code, Section 641.

DATED:

ANNALOU TIROL
Acting Chief, Public Integrity Section

MARCO A. PALMIERI
JESSICA C. HARVEY
Trial Attorneys
Public Integrity Section
1400 New York Ave. NW
Washington, DC 20005
(202) 514-1412

\*:\*:2/22/2018