# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>LYNN M. MORRIS,<br><br>                Defendant. | Case No. 3:18-CR-01183-LAB<br><br>**ORDER GRANTING MOTION FOR CONTINUANCE** |

     Good cause having been shown, it is hereby **ORDERED** that the unopposed Motion for Continuance is hereby granted, and the sentencing hearing presently set for August 27, 2018, at 9:30 a.m., is continued to November 5, 2018, at 9:30 a.m.

     Dated: August 6, 2018

*[signature]*

HON. LARRY ALAN BURNS
United States District Judge